Thomas S. Brazier, Esq./SBN 055484
Gene D. Vorobyov, Esq./SBN 200193
Jeffrey F. Oneal, Esq./SBN 129072
LaMORE, BRAZIER, RIDDLE & GIAMPAOLI
1570 The Alameda, Suite 150
San Jose, California  95126-2305
Telephone:  (408) 280-6800
Facsimile:  (408) 275-6284

Attorneys for Defendants
MADERA IRRIGATION DISTRICT,
CHOWCHILLA WATER DISTRICT, and
MADERA-CHOWCHILLA WATER AND POWER AUTHORITY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CAIFORNIA

| | |
|---|---|
| CENTRAL GREEN COMPANY, A CALIFORNIA LIMITED PARTNERSHIP, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al, <br> Defendants. | Case No.: 1;96-cv-5541-REC / SMS <br><br> **STIPULATION AND ORDER RE: DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST MADERA IRRIGATION DISTRICT, CHOWCHILLA WATER DISTRICT, AND MADERA-CHOWCHILLA WATER AND POWER AUTHORITY** <br><br> **[Fed. Rule Civil Procedure 41]** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

---

**STIPULATION AND ORDER RE: DISMISSAL – FRCP 41**

*Central Green Company v. United States of America, et al*
Case No. CIV-F-96-5541-REC / SMS

PDF created with pdfFactory trial version www.pdffactory.com

1    It is hereby stipulated by and between Plaintiff CENTRAL GREEN COMPANY, A

2    CALIFORNIA LIMITED PARTNERSHIP and Defendants MADERA IRRIGATION DISTRICT,

3    CHOWCHILLA WATER DISTRICT, AND MADERA-CHOWCHILLA WATER AND POWER

4    AUTHORITY, through their respective counsel, that all claims against MADERA IRRIGATION

5    DISTRICT, CHOWCHILLA WATER DISTRICT, AND MADERA-CHOWCHILLA WATER AND

6    POWER AUTHORITY in the above-captioned case are dismissed WITH PREJUDICE, pursuant to the

7    Federal Rule 41(a)(1).   Each side is to bear its own costs and attorneys' fees.

8    It is further stipulated that by signing this stipulation, each attorney has full authority to consent

9    to a dismissal of this action with prejudice.

10

11   Dated: _____          LAMORE, BRAZIER, RIDDLE & GIAMPAOLI

12

13                                   By:  /s/ Gene Vorobyov
                                         Attorneys for Defendants
14                                       MADERA IRRIGATION DISTRICT,
                                         CHOWCHILLA WATER DISTRICT,
15                                       and MADERA-CHOWCHILLA WATER
                                         AND POWER AUTHORITY
16

17   Dated: _____          SAGASER, FRANSON & JONES

18

19                                   By:  /s/ Timothy Jones
                                         Attorneys for Plaintiff
20                                       CENTRAL GREEN COMPANY,
                                         A CALIFORNIA LIMITED
21                                       PARTNERSHP

22

23                                   **ORDER**

24   IT IS SO ORDERED.  April25, 2005

25

26   _____/s/ ROBERT E. COYLE_____
                  UNITED STATES DISTRICT JUDGE
27

28                                                                    2

---

**STIPULATION AND ORDER RE: DISMISSAL – FRCP 41**

PDF created with pdfFactory trial version www.pdffactory.com