McGREGOR W. SCOTT
United States Attorney
YOSHINORI H. T. HIMEL
BOBBIE J. MONTOYA
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2760

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL GREEN COMPANY, A CALIFORNIA LIMITED PARTNERSHIP,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, MADERA IRRIGATION DISTRICT, CHOWCHILLA WATER DISTRICT, and MADERA-CHOWCHILLA WATER AND POWER AUTHORITY,<br><br>Defendants. | CIV-F-96-5541-REC/SMS<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO THE UNITED STATES** |

CENTRAL GREEN COMPANY, A CALIFORNIA LIMITED PARTNERSHIP, plaintiff, and the UNITED STATES OF AMERICA, defendants, through their undersigned counsel of record, pursuant to Fed. R. Civ. P. 41(a)(2), hereby stipulate, subject to the approval of the Court as provided for hereon, that the entire action hereby is DISMISSED WITH PREJUDICE as to the UNITED STATES OF AMERICA, each side to bear its own costs and attorney's fees. When the action is dismissed as to defendants MADERA IRRIGATION DISTRICT, CHOWCHILLA WATER DISTRICT, and MADERA-CHOWCHILLA WATER AND POWER AUTHORITY, the Clerk should enter final judgment.

1

Dated: April 6, 2005                                           SAGASER, FRANSON & JONES


                                                    By:    /s/ J
                                                           TIMOTHY JONES
                                                           Attorneys for Plaintiff


Dated: April 22, 2005                                          McGREGOR W. SCOTT
                                                               United States Attorney


                                                    By:    /s/ Y H T Himel
                                                           YOSHINORI H. T. HIMEL
                                                           BOBBIE J. MONTOYA
                                                           Assistant U. S. Attorneys
                                                           Attorneys for Defendant
                                                           UNITED STATES OF AMERICA




                                          ORDER

    It is APPROVED and SO ORDERED.

DATED: MAY 6, 2005                  _____/s/ Robert E. Coyle_____
                                              UNITED STATES DISTRICT JUDGE